MATTHEW MUSSON

VERSUS NO.166661

VIRTUAL RADIOLOGIC PROFESSIONALS, LLC
F/K/A NIGHTHAWK RADIOLOGY
SERVICES, LLC AND/OR NIGHTHAWK
RADIOLOGY HOLDINGS, INC.

* STATE OF LOUISIANA

* PARISH OF TERREBONNE

* 32ND JUDICIAL DISTRICT COURT

---

## PETITION FOR DAMAGES

---

TO THE HONORABLE THE THIRTY-SECOND JUDICIAL DISTRICT COURT, SITTING IN

AND FOR THE PARISH OF TERREBONNE, STATE OF LOUISIANA:

The petition of **MATTHEW MUSSON**, a person of the full age of majority, resident of

and domiciled in the Parish of Terrebonne, State of Louisiana, with respect, represents:

1.

The following party is made defendant herein:

A)   **VIRTUAL RADIOLOGIC PROFESSIONALS, LLC F/K/A NIGHTHAWK
     RADIOLOGY SERVICES, LLC AND/OR NIGHTHAWK RADIOLOGY
     HOLDINGS, INC.**   a foreign Corporation, authorized to do and doing
     business in the State of Louisiana, its registered agent being  Corporation
     Service Company, 320 Sumerulos Street, Baton Rouge, Louisiana 70802

2.

The defendant, Virtual Radiologic Professionals, LLC f/k/a Nighthawk Radiology

Services, LLC and/or Nighthawk Radiology Holdings, Inc., is indebted unto petitioner,

Matthew Musson, in an amount that is reasonable, together with legal interest thereon from

date of January 24, 2012 until paid and for all costs of these proceedings, for the following

reasons:

3.

Petitioner, Matthew Musson, was admitted to the Emergency Department of

Terrebonne General Medical Center in Houma, Louisiana on January 27, 2011, with acute

abdominal pain.

4.

The emergency room doctor's examination revealed right lower quadrant pain with

rebound tenderness. A CBC showed a markedly elevated white blood cell count of

22,400/uL, with a neutrophil count of 86%, strongly suggestive of an acute inflammatory or

infectious process.

DAVID W. ARCENEAUX
JUDGE-DIVISION D

1

EXHIBIT

A

5.

A CT of the abdomen and pelvis with contrast was performed and reported by vRad f/k/a Nighthawk Radiology to the emergency room doctor as negative. As a result, Mr. Musson was sent home.

6.

The following day the same CT was over-read by Dr. Edwin "Ted" W. Price of the Radiology Department of Terrebonne General Medical Center. Dr. Price found that the CT scan showed signs of distention of the appendix with several appendicoliths, findings that he indicated to be signs of appendicitis but without evidence of rupture. Dr. Price informed the ED and Mr. Musson was called to return to the hospital.

7.

By this time Mr. Musson had right lower quadrant abdominal pain listed as 10/10 in severity. He was taken to the OR by Dr. Christopher Berry who removed his appendix. By this time Dr. Berry found a "gangrenous appendix with gross perforation" and "a large amount of pus in the right lower quadrant" of the abdomen.

8.

The correct diagnosis of Mr. Musson's acute appendicitis, was delayed due to the substandard care by Nighthawk in the original reading of the CT .

9.

Petitioner avers that a cause of the permanent injuries and damages she sustained was a breach in the standard of care by defendant, Virtual Radiologic Professionals, LLC f/k/a Nighthawk Radiology Services, LLC and/or Nighthawk Radiology Holdings, Inc., which acts are particularized in the following non-exclusive particulars:

A)     By failing to properly interpret petitioner's CT films;

B)     By failing to meet the standard of care required in the given situation; and

C)     In committing any and all other acts which may be proven at the trial of this case.

10.

As a result of the above, petitioner, Matthew Musson, sustained serious and permanent injuries.

2

11.

Petitioner, Matthew Musson, itemizes the damages which he is entitled to recover from defendant, Virtual Radiologic Professionals, LLC f/k/a Nighthawk Radiology Services, LLC and/or Nighthawk Radiology Holdings, Inc.,, in solido:

A)     Past medical bills;

B)     Future medical bills;

C)     Past physical pain and suffering;

D)     Future physical pain and suffering.

E)     Past mental pain and suffering;

F)     Future mental pain and suffering; and

G)     Loss of enjoyment in quality of life including any and all disability.

12.

On January 24, 2012, petitioner filed a claim for review for malpractice pursuant to *Louisiana Revised Statute 40:1299.41, et seq.*

13.

On or about February 3, 2012, plaintiffs were notified by the Patient's Compensation Fund that Virtual Radiologic Professionals, LLC f/k/a Nighthawk Radiology Services, LLC and/or Nighthawk Radiology Holdings, Inc., is considered not qualified and does not have coverage under the provisions of *Louisiana Revised Statutes 40:1299.41, et seq.*

14.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in *Code of Civil Procedure Article 1732(1)* pertinent to jury trials and petitioner requests a trial by jury.

**WHEREFORE,** petitioner prays that the defendant be served with a copy of this petition and that after due proceedings, there be judgment in favor of petitioner, **MATTHEW MUSSON,** and against the defendants, **VIRTUAL RADIOLOGIC PROFESSIONALS, LLC F/K/A NIGHTHAWK RADIOLOGY SERVICES, LLC AND/OR NIGHTHAWK RADIOLOGY HOLDINGS, INC.,** in an amount that is reasonable in the premise, plus legal interest from January 24, 2012 and for all costs of these proceedings.

ARDOIN, MCKOWEN & ORY, LLC
505 West Third Street
Thibodaux, Louisiana 70301
(985) 446-3333 Telephone
(985) 446-3300 Facsimile

_____
DAVID W. ARDOIN, Bar Roll No. 24282

*PLEASE SERVE THE FOLLOWING:*

**VIRTUAL RADIOLOGIC PROFESSIONALS, LLC
F/K/A NIGHTHAWK RADIOLOGY SERVICES, LLC
AND/OR NIGHTHAWK RADIOLOGY HOLDINGS, INC.**
Through its registered agent
Corporation Service Company
320 Sumerulos Street
Baton Rouge, Louisiana 70802

FILED

MAY - 7 2012

/s/CANDACE S. PORCHE
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA, LA
MAY 0 8 2012
_____
Deputy Clerk of Court

4

MATTHEW MUSSON                            *   STATE OF LOUISIANA

VERSUS NO.   166661                       *   PARISH OF TERREBONNE

VIRTUAL RADIOLOGIC PROFESSIONALS, LLC
F/K/A NIGHTHAWK RADIOLOGY
SERVICES, LLC AND/OR NIGHTHAWK
RADIOLOGY HOLDINGS, INC.                  *   32ND JUDICIAL DISTRICT COURT

## REQUEST FOR WRITTEN NOTICE

TO THE HONORABLE THE THIRTY-SECOND JUDICIAL DISTRICT COURT, SITTING IN

AND FOR THE PARISH OF TERREBONNE , STATE OF LOUISIANA:

Pursuant to *Louisiana Code of Civil Procedure, Article 1572*, the Honorable Clerk of

Court of the Parish of Terrebonne is hereby requested to give the undersigned counsel

written notice by mail at least ten (10) days in advance, of the date fixed for the trial or

hearing of this cause, whether on exception, rule or on the merits.

The Honorable Clerk of Court for the Parish of Terrebonne is further requested to

forward the undersigned counsel notice of any order or judgment rendered in this cause

immediately upon entry of such order or judgment.

> ARDOIN, MCKOWEN & ORY, LLC
> 505 West Third Street
> Thibodaux, Louisiana 70301
> (985) 446-3333, Telephone
> (985) 446-3300 Facsimile
>
> DAVID W. ARDOIN, Bar Roll No. 24282

FILED

MAY - 7 2012
_____
LACEY DA... R.S. PORCHE
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA.

5

RECEIVED

MAY 11 2012

E.B.R. SHERIFF'S OFFICE