UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| MATTHEW MUSSON | * | CIVIL ACTION |
| Plaintiff | * | NO. 12-1354 |
|  | * |  |
| versus | * | SECTION H |
|  | * |  |
| VIRTUAL RADIOLOGIC PROFESSIONALS, LLC | * | MAG. DIV. 2 |
| F/K/A NIGHTHAWK RADIOLOGY SERVICES, LLC | * |  |
| AND/OR NIGHTHAWK RADIOLOGY HOLDINGS, INC | * | JURY TRIAL REQUESTED |
| Defendants | * |  |
|  | * |  |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion, IT IS ORDERED BY THE COURT that the stay of this matter be and is hereby lifted.  It is further ORDERED BY THE COURT that this suit be and is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __3rd__ day of _____July_____, 2013.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1